UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIFFORD MADDEN,<br><br>    Petitioner,<br><br>v.<br><br>BOARD OF PAROLE HEARINGS,<br><br>    Respondent. | Case No. 18-cv-06107-VC  (PR)<br><br>**ORDER TO SHOW CAUSE** |

       Petitioner Gifford Madden is a state prisoner currently incarcerated at the Correctional Training Facility in Soledad, California. He has filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging a decision of the Board of Parole Hearings. Madden has paid the $5.00 filing fee.

       It does not appear from the face of the petition that it is clearly without merit. Good cause appearing, the Court hereby issues the following orders:

       1.     The Clerk of the Court shall serve a copy of this Order and the petition and all attachments thereto upon Respondent and Respondent's attorney, the Attorney General of the State of California. The Clerk also shall serve a copy of this Order on Madden at his current address.

       2.     No later than sixty days from the date of this Order, Respondent shall file with this Court and serve upon Madden an Answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be issued. Respondent shall file with the Answer all portions of the state record that have been transcribed previously and are relevant to a determination of the issues presented by the petition. If Madden

wishes to respond to the Answer, he shall do so by filing a Traverse with the Court and serving it on Respondent within thirty days of his receipt of the Answer. If he does not do so, the petition will be deemed submitted and ready for decision on the date the Traverse is due.

3. No later than sixty days from the date of this Order, Respondent may file with this Court and serve upon Madden a motion to dismiss on procedural grounds in lieu of an Answer, as set forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section 2254 Cases. If Respondent files such a motion, Madden shall file with the Court and serve on Respondent an opposition or statement of non-opposition to the motion within thirty days of receipt of the motion, and Respondent shall file with the Court and serve on Madden a reply within fourteen days of receipt of an opposition.

4. It is Madden's responsibility to prosecute this case. He must keep the Court informed of any change of address by filing a separate paper with the Clerk headed "Notice of Change of Address," and must comply with the Court's orders in a timely fashion. He also must serve on Respondent's counsel all communications with the Court by mailing a true copy of the document to Respondent's counsel.

5. Extensions of time are not favored, though reasonable extensions will be granted. Any motion for an extension of time must be filed no later than three days prior to the deadline sought to be extended.

**IT IS SO ORDERED.**

Dated: December 6, 2018

_____
VINCE CHHABRIA
United States District Judge